6 dm
5-23-01

1:01cv828

```
Wed May 23 13:01:52 2001

  UNITED STATES DISTRICT COURT
    SCRANTON      , PA

Receipt No.   333 83794
Cashier         rich

Tender Type  CHECK

Check Number: 1439

Transaction Type   AR

DØ Code    Div No    Acct
 4667        3       5100PL

Amount           $    47.28

JAMES HELLER   MONROE CO PRISON
STROUDSBURG, PA  18360

PARTIAL FILING FEE - CV-01-0828



 cn
Wed May 23 13:01:52 2001

Check No. 1439
Amount$    47.28
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```

FILED
SCRANTON

MAY 2 3 2001

PER _____
      DEPUTY CLERK