United States District Court for the
Middle District of Pennsylvania

JUDGE'S COPY

James E. Heller - Plaintiff

v.

James Doherty
Robert Start
Martin Williams
Peter Kessler — Defendants
Michael Sofia
Gary McFarland
Prime Core Medical

Case No: 1:01-CV-00

Motion to amend Statement of


FILED JUN 0 6 2001
PER HARRISBURG, PA   DEPUTY CLERK

## Motion to amend Statement of Claim

1) The Plaintiff asks the Court to allow him to amend the Statement of Claim filed in this case.

2) The Plaintiff wishes to And prays the Court will a him to amend the claim because:

   A. The Statement of Claim only gives an account of what occured on February 28th 2001. It does not specify how the Plaintiffs rights were violated nor which rights were violated.

3) The Plaintiff feels that if allowed to amend his Statement of Claim he will beable to specify how his rights were violated and what rights were violated in a m more understandable to the Court.

4) The Plaintiffs amendment will show how each Defen violated his rights, and will specify which rights were viola

5) The Plaintiff feels that by the Court allowing this amendment, the Court will in turn beable to make a fair judgement after reviewing the facts in the proposed amendment that were not set forth in the initial statement of Claim.

6) Lastly the Plaintiff feels that a fair judgement could not be reached without the Court first reviewing the

I, James E. Heller, Pro-Se Plaintiff, Movant, prays this Honorable Court to inquire into the Motion to amend my Statement of Claim, and the truth of the matters herein contained, pursuant to the statue in such cases made and provided; and make such orders in the premi[ses] to the Honorable Court may seem right and proper

*James E. Heller*, Pro-Se Plain[tiff]

Address: 4250 Manor Drive
Stroudsburg P.A. 18360

And now on this 1st day of June 2001, I decla[re] under penalty of perjury that the foregoing is true and correct.

*James E. Heller*, Pro-Se Plain[tiff]

Address: 4250 Manor Drive
Stroudsburg P.A. 18360

United States District Court for the
Middle District of Pennsylvania

James E. Heller - Plaintiff       : Case No: 1:01-cv-008
            v.                    :
James Doherty                     : Amendment to Statement of C
Robert Start
Martin Williams
Peter Kessler          ⟶ Defendants
Michael Sofia
Gary McFarland
Prime Care Medical

## Amendment to Statement of Claim

1) The Plaintiff J.E. Heller is filing this Complaint under the 8th Amendment Right to be free from cruel and unusual punishment. The Plaintiffs 8th Amendment right was violated by James Doherty, Robert Start, Martin Williams, Peter Kessler, Michael Sofia, Gary McFa... and Prime Care Medical.

2) James Doherty did Violate the Plaintiffs 8th Amendm... Right by:

  A. Refusing to allow the Plaintiff to be treated by medical Personal.

  B. Acting with deliberate indifference to the Plaintif... medical needs.

  C. Knowing and disregarding a substantial risk of serious harm to the Plaintiffs health.

3) Several times the Plaintiff asked James Doherty to be treated by medical Personal. Doherty refused to allow the Plaintiff to be treated by medical Personal on his shift. The Plaintiff had to wait appox. 4½ hours to be treated by medical Personal on the following Shift

2

4) Robert Start did violate the Plaintiffs 8th Amendment Right by:

   A. Using force excessively, sadistically, and maliciously for the very purpose of causing the Plaintiff harm.

   B. By acting with reckless disregard for the Plaintiffs health and safety.

5) Robert Start did use more force than neccesary. The Plaintiff was not fighting, resisting against, or displaying any violent acts towards Robert Start. Start did cause the Plaintiff bodily injury by striking him with closed fists in the head/face area. As a result of the assault Robert Start put upon the Plaintiff, the Plaintiff suffered broken blood vessels in his right eye, and multiple bruises and abrasions to the head/face area.

6) Martin Williams did violate the Plaintiffs 8th Amendment Right by:

   A. Causing a situation in which caused the Plaintiff to be assaulted.

   B. Placing the Plaintiff in fear of bodily injury.

   C. Acting with reckless disregard for the Plaintiffs safety.

   D. Failing to take the proper steps to prevent Robert Start from seriously harming the Plaintiff.

7) Martin Williams caused the situation in which the Plaintiff was assaulted by charging towards the Plaintiff with closed fists in an act which put the Plaintiff in immediate fear of bodily injury. When the Plaintiff attempted to shield himself from being struck by Williams, Robert Start and Michael Sofia jumped on the Plaintiff, and Start began striking the Plaintiff with closed fists. Williams did nothing to preven

3

8) Peter Kessler did violate the Plaintiffs 8th Amendm[ent] Right by:

   A. Allowing his fellow officer Robert Start to use excessive, malicious, and sadistic force for the very purpose of causing the Plaintiff harm.

   B. Acting with reckless disregard for the Plaintiffs Safety.

   C. Failing to take the proper steps to prevent Robe[rt] Start from seriously harming the Plaintiff.

9) Peter Kessler knew that Robert Start was using more force than neccesary and did nothing to prevent it, or to protect the Plaintiff from bodily injury.

10) Michael Sofia did violate the Plaintiffs 8th Amendment Right by:

   A. Using force excessively, sadistically, and malicious[ly] for the very purpose of causing the Plaintiff harm.

   B. Acting with reckless disregard for the Plaintiffs health and safety.

11) Michael Sofia did use more force than neccesar[y]. The Plaintiff was not fighting, resiting against, or displaying any violent acts towards Robert Start, or Michael Sofia. Sofia kneed the Plaintiff 3-4 times during the assault on the Plaintiff. Sofia admited to this in his writen incident report.

12) Prime Care Medical, an angency that provides medical treatment to inmates at M.C.C.F. did viola[te] the Plaintiffs 8th Amendment Right by:

   A. Refusing to treat the Plaintiff for his injuri[es]

   B. Acting with deliberate indifference to the Plaintiff's medical needs.

   C. Acting with reckless disregard for the Plain[tiffs] health.

13) Prime Care Medical did violate the Plaintiffs 8th Amendment Right by not seeing that the Plainti[ff]

4

was treated after being assaulted. By P.C.m not treating the Plaintiff until nearly 4½ hours after he was assaulted, they caused him "unnecessary and wanton ifliction of pain" proscribed by the 8th Amendment. The Plaintiff's medical needs were not treated as serious, but should have been because any medical need that causes pain, discomfort, or a risk, or threat to good health is considered serious. A risk to the Plaintiff's health can be established by the fact that his injuries were obvious.

14) The Plaintiff is filing this complaint against Gary McFarland, under the Due Process Clause of the 14th Amendment.

15) Gary McFarland did violate the Plaintiff's right to Due Process by:

   A. Attempting to _Prevent_ the Plaintiff from utilizing the Inmate Grievance Procedure.

   B. Failing to forward appropriate paperwork to appropriate persons.

16) Gary McFarland did refuse to forward the Plaintiff's grievances and appeals to the Deputy Wardens and Warden. He also claimed to have not received or to have lost the Plaintiff's grievances. McFarland tried to get the Plaintiff to release his copy of the grievance filed. The Plaintiff refused because those copys are the only proof that the Plaintiff did indeed file grievances. The Plaintiff feared that Gary McFarland would intentionally loose the Plaintiff's copy of the grievances in an attempt to prevent the Plaintiff from utilizing the grievance procedure.

17) When the Plaintiff attempted to appeal that his grievances were not answered to the Deputy Warden, McFarland refused to forward the appeal to the

Signed this 1st day of June, 2001.

_____
James E. Heller, Pro-Se Plaintiff

Executed at: Monroe County Correctional Facility, 4250 Manor Dr. Stro_
P.A.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: June 1st, 2001.

_____
James E. Heller, Pro-Se Plaintiff

United States District Court for the
Middle District of Pennsylvania.

James E. Heller

v.

James Doherty
Robert Start
Martin Williams
Peter Kessler       } Defendants
Michael Sofia
Gary McFarland
Prime Care Medical

Case No: 1:01-cv-

Motion to Amend Statement of

### ORDER OF COURT

And Now this ___ day of ___ 2001, upon consideration of the foregoing Motion to Amend the Statement of Claim in this case filed by the Plaintiff, This Court grants the Plaintiffs Motion to Amend his Statement of Claim, and the Plaintiffs amendment has been accepted by the court for consideration.

By the Court

_____
J.