**NEWMAN, WILLIAMS, MISHKIN, CORVELEYN, WOLFE & FARERI**
A PROFESSIONAL CORPORATION

| | |
|---|---|
| BY: GERARD J. GEIGER, ESQUIRE<br>IDENTIFICATION NO. 44099<br>LAW OFFICES<br>712 MONROE STREET<br>P.O. BOX 511<br>STROUDSBURG, PA 18360-0511<br>(570) 421-9090 (voice)<br>(570) 424-9739 (fax) | ATTORNEY FOR: Defendants, James Doherty, Robert Start, Martin Williams, Peter Kessler, Michael Sofia, and Gary McFarland |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EDWARD HELLER,<br><br>　　　　Plaintiff,<br>vs.<br><br>JAMES DOHERTY, ROBERT START, MARTIN WILLIAMS, PETER KESSLER, MICHAEL SOFIA, GARY McFARLAND, and PRIME CARE MEDICAL,<br><br>　　　　Defendants. | No. 1:CV-01-0826<br><br>CIVIL ACTION<br><br>Judge Kane<br><br>FILED SCRANTON<br>JUL 06 2001<br>PER ___ DEPUTY CLERK |

**PRAECIPE FOR ENTRY OF APPEARANCE**

TO: MARY E. D'ANDREA, CLERK OF COURT

　　Kindly enter my appearance on behalf of the Defendants, James Doherty, Robert Start, Martin Williams, Peter Kessler, Michael Sofia, and Gary McFarland, in the above stated action.

　　　　　　　　　　　　　　　NEWMAN, WILLIAMS, MISHKIN,
　　　　　　　　　　　　　　　CORVELEYN, WOLFE & FARERI, P.C.

　　　　　　　　　　　　　　　Gerard J. Geiger, Esq.
　　　　　　　　　　　　　　　Attorney I.D. No. 44099
　　　　　　　　　　　　　　　Attorney for Defendants, James Doherty, Robert Start, Martin Williams, Peter Kessler, Michael Sofia and Gary McFarland

Dated: 7/5/01

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I served the foregoing Praecipe for Entry of Appearance upon the plaintiff by mailing a true and correct copy to his counsel of record at the following address by U.S. First Class Mail, postage prepaid:

Mr. James E. Heller
c/o Monroe County Correctional Facility
4250 Manor Drive
Stroudsburg, PA 18360

NEWMAN, WILLIAMS, MISHKIN,
CORVELEYN, WOLFE & FARERI

By: _____
Gerard J. Geiger, Esq.
Attorney I.D. #44099
Attorney for Defendants

Dated: 7/5/01