UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

10
UB

JAMES E. HELLER

v.

JAMES DOHERTY, ROBERT START, MARTIN WILLIAMS, PETER KESSLER, MICHAEL SOFIA, GARY MCFARLAND and PRIME CARE MEDICAL.

: CASE NO: 1:01-CV-00
: NOTIFICATION OF CHAN
: OF ADDRESS

FILED
HARRISBURG, PA

JUL 0 9 2001

MARY E. D'ANDREA, CLERK
Per ________
Deputy Clerk

THIS IS TO NOTIFY THE COURT THAT THE PLAINTIFF IN THE ABOVE CAPTIONED CASE HAS BEEN TRANSFERED TO A DIFFERENT FACILITY. THE PLAINTIFFS NEW ADDRESS IS AS FOLLOWS:

JAMES HELLER
#ES 1810
P.O. BOX 200
CAMP HILL P.A. 17001-0200

THE PLAINTIFF ASKS THE COURT TO PLEASE FORWARD ALL CORRESPONDENCE TO HIM AT THIS NEW ADDRESS ABOVE.

[signature]

JAMES E HELLER
PROSE PLAINTIFF
P.O. BOX 200
CAMP HILL P.A. 17001-0200

AND NOW THIS 3rd DAY OF JULY 2001. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED AT S.C.I. CAMPHILL P.O. BOX 200
CAMPHILL P.A. 17001-0200
CUMBERLAND COUNTY P.A.

[signature]
JAMES E. HELLER
PRO SE PLAINTIFF
P.O. BOX 200
CAMPHILL P.A. 17001-0200