2ºCt
Propo.

**ORIGINAL**

17
10/2/0

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG
OCT 0 1 2001
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

JAMES EDWARD HELLER,
    Plaintiff

vs.     :  NO. 1:CV 01-0828

JAMES DOHERTY, ROBERT START,   :  (Honorable Yvette Kate)
MARTIN WILLIAMS, PETER
KESSLER, MICHAEL SOFIA,
GARY McFARLAND and PRIME
CARE MEDICAL,
    Defendants

### MOTION TO DISMISS OF DEFENDANT PRIME CARE MEDICAL

AND NOW, comes Defendant Prime Care Medical (hereinafter "Prime Care"), by and through its counsel, Goldberg, Katzman & Shipman, P.C., who file this Motion to Dismiss by respectfully stating the following:

1. This is a pro se prisoner lawsuit filed pursuant to 42 U.S.C. § 1983.

2. Plaintiff alleges that on February 28, 2001, he was injured by various correctional officers while being removed from his cell. See Plaintiff's Complaint, Statement of Claim, Pages 5

and 6.

3. Plaintiff claims that he suffered multiple abrasions and bruises to his face and a broken blood vessel in his right eye which caused blurred vision and discomfort. (See Plaintiff's Complaint, Statement of Claim, Page 6).

4. Plaintiff alleges that Prime Care refused to provide treat his alleged injuries. (See Plaintiff's Amendment to Statement of Claim, Page 3). Though this conflicts with Plaintiff's initial allegation that he was seen by a nurse who gave him ice for his face and placed him upon the list to be seen by a doctor for his alleged injury to is eye. (See Plaintiff's Complaint, Statement of Claim Page 7).

5. Plaintiff does not make any allegation concerning Prime Care's policies and procedures.

6. Plaintiff's Complaint does not request monetary damages, but rather requests the following relief:

> I James E. Heller ask the court to take strict disciplinary action against all the individuals named in my complaint. I also ask the court to order my transfer to another county facility until this complaint is resolved, for safety reasons. I fear that once these individuals are served with my complaint they will harm me again. Leaving me in this facility throughout these impending proceedings would place me in imminent danger of serious bodily injury. Also, I will be discriminated against and treated unfairly. Thank you.

2

(Plaintiff's Complaint Page 8).

7. Plaintiff has since been transferred to the State Correctional Institution at Camp Hill.

8. Plaintiff's Complaint fails to state a claim upon which relief can be granted against Prime Care. Therefore, Prime Care respectfully requests that this Honorable Court dismiss Plaintiff's Complaint pursuant to F.R.C.P. 12(b)(6).

WHEREFORE, Defendant Prime Care Medical respectfully requests that this Honorable Court dismiss Plaintiff's cause of action with prejudice.

Respectfully submitted,

GOLDBERG, KATZMAN & SHIPMAN, P.C.

*John R Ninosky*

Thomas J. Weber, Esquire
John R. Ninosky, Esquire
320 Market Street
P.O. Box 1268
Harrisburg, PA 17108-1268
(717) 234-4161
Attorneys for Defendant Prime Care

Date: 10/1/01

68559.1

3

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I served a true and correct copy of the foregoing document upon all parties or counsel of record by depositing a copy of same in the United States Mail at Harrisburg, Pennsylvania, with first-class postage prepaid on the 1st day of October, 2001, addressed to the following:


Mr. James E. Heller
Inmate No. ES18110
SCI Camp Hill
2500 Liburn Road
P.O. Box 8337
Camp Hill, PA  17011-8837

Gerald J. Geiger, Esquire
Newman, Williams, Mishkin,
  Corveleyn, Wolfe & Fareri
P.O. Box 511
Stroudsburg, PA  18360-0511
Attorneys for Defendants, Doherty, Start, Williams, Kessler,
  Sofia and McFarland

                              GOLDBERG, KATZMAN & SHIPMAN, P.C.


                              By_____
                                 John R. Ninosky, Esquire
                                 Attorney I. D. No. 78000
                                 320 Market Street
                                 P.O. Box 1268
                                 Harrisburg, PA 17108-1268
                                 Telephone: (717) 234-4161
                                 Counsel for Defendant, Prime Care

68063.1