JAMES EDWARD HELLER

ES 1810

2500 LISBURN ROAD

P.O. BOX 8837

CAMP HILL, PA 17001-8837

FILED
SCRANTON

SEP 27 2001

PER _____
DEPUTY CLERK

SEPTEMBER 25, 2001

MARY D'ANDREA, CLERK OF COURTS

U.S. DISTRICT COURT

MIDDLE DISTRICT OF PA

FEDERAL BUILDING

N. WASHINGTON & LINDEN ST.

P.O. BOX 1148

SCRANTON PA 18501

RE: HELLER VS. DOHERTY et, al.

1:cv-01-0828, MIDDLE DISTRICT OF PA.

Dear Ms D'Andrea,

On August 6, 2001 I sent to you for filing my Breif in Opposition to the Defendant's Motion to Dismiss in the above captioned case

To date I have not received a receipt verifying that my Breif was received and filed or a time stamped copy of the Breif in which I requested.

Please check your recdrds and notify me whether the Breif is in your possesion and has been filed or if it is not in your possesion. If the Breif is in your possesion and has already been filed please notify me and return to me a time stamped. In the event that the Brief is not in your possesion please notify

me so I can promptly re-submit the Breif for filing along with the appropriate Motion for extension.

I would like to remind that I am proceeding in the above captioned matter forma-pauperis. I look forward to your reply. Thank you.

Very truly yours,

JAMES EDWARD HELLER

PRO SE PLAINTIFF