# ORIGINAL

JAMES EDWARD HELLER
ES 1810
2500 LISBURN ROAD
P.O. BOX 8837
CAMP HILL, PA 17001-8837

OCTOBER 15, 2001

FILED
SCRANTON

GERARD GEIGER, ESQ
712 MONROE STREET
STROUDSBURG, PA 18360

OCT    2001

PER
DEPUTY CLERK

RE: HELLER VS. DOHERTY et, al. CASE NO. 1:CV-01-828
    MIDDLE DISTRICT OF PENNSYLVANIA

Dear Mr. Geiger,
  Please find for service upon you my Certificate of Verification, which verifys that I am withdrawing my Motion for Leave to Amend Complaint, Brief in Support of that Motion and the proposed Amendment, filed on or about September 28, 2001.
Thank you.

Very truly yours,

James Edward Heller
Pro se Plaintiff

Enc. Certificate of Verification
cc: File.

JAMES EDWARD HELLER
ES1810
2500 LISBURN ROAD
P.O. BOX 8837
CAMP HILL, PA 17001-8837


OCTOBER 15, 2001


MARY D'ANDREA-CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
FEDERAL BUILDING
N. WASHINGTON AVENUE AND LINDEN STREET
P.O. BOX 1148
SCRANTON, PA 18501

RE: HELLER VS. DOHERTY et, all. CASE NO. 1:CV-01-828
    MIDDLE DISTRICT OF PENNSYLVANIA


Dear Ms. D'Andrea,
      Please find for filing the original and one copy of my
Ceritificate of Verification verifying my withdraw of my Motion
foLeave to Amend my Complaint filed on or about September 28,2001.
      Please return to me a time stamped copy of the Certificate.
I have enclosed a postage paid envelope for your convienience.
Thank you.




                                          Very truly yours,

                                          James Edward Heller
                                          Pro se Plaintiff



Enc. Certificate of Verification
     Postage Paid Return Envelope
cc: Gerard Geiger, Esq.
    John R. Ninosky, Esq.
    File.

## CERTIFICATE OF VERIFICATION

    I James Edward Heller, Plaintiff, verify that on this day, I withdraw my Motion for leve to Amend my Complaint filed on or about September 28, 2001. I also withdraw my Brief in Support of that Motion and my proposed Amendment. Both were filed on or about September 29, 2001. This Motion and documents in suport of were filed under Case No. 1:CV-01-828.

Respectfully submitted,

James Edward Heller
Pro se Plaintiff

Dated: 10/15/01

## CERTIFICATE OF SERVICE

I hereby certify that on this day I served the foregoing Certificate Of Verification on the parties of record by sending a true and correct copy at the following addresses by U.S. FIRST CLASS MAIL POSTAGE PRE PAID.

GERARD GEIGER, ESQ
712 MONROE STREET
STROUDSBURG, PA 18360

BY:

JAMES EDWARD HELLER
2500 LISBURN ROAD
P.O. BOX 8837
CAMP HILL PA 17001-8837

DATED: 10/15/01