James E. Heller
ES 1810
1600 Walters Mill Rd.
Somerset, PA 15510

(32)

November 1, 2001

Mary D'Andrea - Clerk of Courts          RE: Heller V. Doherty, et.al.
United States District Court              Case No. 1:CV-01-828
Middle District of Pennsylvania            Middle District of PA
235 N. Washington Ave & Linden St.
P.O. Box 1148
Scranton, PA 18501

FILED
SCRANTON
NOV 1 2001
PER _____ DEPUTY CLERK

Dear Ms. D'Andrea,

    I am sending you this letter to inform you of my change of address, which is as follows:

    S.C.I Somerset
    1600 Walters Mill Rd
    Somerset, PA 15510.

Please forward all legal correspondence to me at my new aforementioned address. Thank you.

Very truly yours
*James E. Heller*
James E. Heller
Pro se Plaintiff

cc: Gerard Geiger, Esq.
    John R. Ninosky, Esq.
    File.