IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES EDWARD HELLER,** | : | **CIVIL ACTION NO. 1:CV-01-0828** |
| Plaintiff, | : | |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **JAMES DOHERTY, et al.,** | : | |
| Defendants. | : | |

FILED
HARRISBURG

MAR 29 2002

MARY E. D'ANDREA, CLERK
Per_____
            DEPUTY CLERK

### ORDER

AND NOW, this 29th day of March, **IT IS ORDERED THAT** the parties' joint motion for dismissal is **GRANTED**. The case is hereby dismissed with prejudice.

The Clerk of Court shall close the file.

_____
Yvette Kane
United States District Judge